**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

                           Plaintiff,

           v.                             CR NO: 1:23-MJ-000090-EPG

PETER R. NUNEZ

                         Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum                        ☐ Ad Testificandum

Name of Detainee:    Peter Raul Nunez

Detained at          Fresno County Jail

Detainee is:       a.)   ☐ charged in this district by:   ☐ Indictment  ☒ Information ☐ Complaint
                            charging detainee with:   Entering VA Premises Under the Influence and Trespass

        or    b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)   ☐ return to the custody of detaining facility upon termination of proceedings
        or    b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                        is currently being served at the detaining facility

***Appearance is necessary Thursday, October 5, 2023, at 2:00 p.m., in the Eastern District of California.***

Signature:                     */s/ Chan Hee Chu*

Printed Name & Phone No:    CHAN HEE CHU, Assistant US Attorney

Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum               ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee Thursday, October 5, 2023, at 2:00 p.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   **Sep 28, 2023**

                                  Honorable Stanley A. Boone
                                  U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Peter Raul Nunez | ☒Male | ☐Female |
| Booking or CDC #: | 2329372 | DOB: | 12-22-1999 |
| Facility Address: | Fresno | Race: | Hispanic |
| Facility Phone: | | FBI#: | 4J3E6LD59 |
| Currently | | | |

## RETURN OF SERVICE

Executed on:

(signature)